UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re: ) | BK No.: 11-29666 |
| Chapter 11 of ) | (Jointly Administered) |
| BRIAN and ALELI SCERBA ) | Chapter: 13 |
| ) | Honorable Timothy A. Barnes |
| ) | |
| ) | |
| Debtor(s) ) | |

## ORDER GRANTING THE FINAL APPLICATION
## FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF
## LAW OFFICES OF SCHNEIDER & STONE

This matter having come before the Court on the Final Application for Compensation and Reimbursement of Expenses of The Law Offices of Schneider & Stone (the "Application"); and it appearing that (a) the Court has jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, (b) the relief requested therein is a core proceeding pursuant to 28 U.S.C. § 157(b), (c) venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409, (d) the Allowed Compensation and Expenses (as defined below and as set forth in the Motion) were reasonable, necessary and benefitted the Debtor's estate, and (e) due and sufficient notice of the Application has been provided and that no other or further notice is required; and the Court having reviewed the Application and having heard the statements in support of the relief requested therein at a hearing before the Court, IT IS HEREBY ORDERED:

1. The Law Offices of Schneider & Stone (the "Applicant") hereby is awarded and allowed fees and expenses in the amounts of $3,500 and ~~$82.00, respectively~~ (the "Compensation and Expenses"), for services rendered to the Debtor during the period 3/16/2012, through 2/15/2013, 2012, which Compensation and Expenses shall be allowed costs of administration under 11 U.S.C. § 503(a)(2).

2. The Court hereby allows on a final basis fees and expenses for Applicant in the aggregate amounts of $9,341 and ~~$1,161.90~~ (inclusive of the Compensation and Expenses), respectively, for the period from 7/8/2011 through 2/15/2013 (the "Final Allowed Compensation and Expenses"), which fees and expenses are allowed costs of administration under 11 U.S.C. § 503(b)(2).

3. The Debtor is authorized to pay Applicant the balance of Final Allowed Compensation and Expenses (as defined in the Motion), which balance is ~~$8,090~~ $3,540.00

Enter:

[signature]

Dated: 20 MAR 2013

United States Bankruptcy Judge

**Prepared by:**
Ben Schneider
8424 Skokie Blvd., Suite 200
Skokie, IL 60077

Rev: 20120501_bko

Phone # 847-933-0300
ARDC # 6295667

Rev: 20120501_bko