**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In re the Chapter 11 of | ) | |
| | ) | |
| BRIAN and ALELI SCERBA | ) | No. 11-29666 |
| | ) | |
| Debtor(s). | ) | |

**NOTICE OF MOTION**

TO:

Patrick Layng, United States Trustee (by electronic notice)

Nisha Parikh, Counsel for Amsterdam Enterprises Company, Kluever and Platt, LLC, 65 E. Walker Pl., Ste. 2300, Chicago, IL 60601.

All Creditors on the attached Creditor Service List were served by First Class US Mail.

PLEASE TAKE NOTICE that on July 23, 2013 at 9:30 am, at 219 S. Dearborn, Rm., in 619, Chicago, IL, 60604, the Bankruptcy Court will hold a hearing to consider Debtor's **Motion for Entry of Final Decree**.

/s/Ben Schneider
Schneider & Stone
8424 Skokie Blvd.
Suite 200
Skokie, IL 60077
Phone # 847-933-0300
ARDC # 6295667

**PROOF OF SERVICE**

I, the undersigned, certify that I caused this Notice and a copy of the attached document(s) to be served upon the entities named above by depositing the same in the U.S. Postal Service's mail box at 4950 Madison St., Skokie, IL, 60077, on July 1, 2013 except that the trustee and any other party indicated in the Notice of Filing were served electronically by the court on such date.

/s/_Ben Schneider
Ben Schneider

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

In re the Chapter 11 of )
)
BRIAN and ALELI SCERBA ) No. 11-29666
)
Debtor(s). )

**MOTION FOR ENTRY OF FINAL DECREE**

Now come the Debtors, BRIAN and ALELI SCERBA, by and through their Attorneys,

SCHNEIDER & STONE, ("Attorney"), for their **Motion For Entry of Final Decree.** In support

they state as follows:

1. The Debtors' Plan of Reorganization was confirmed on 2/14/2013.

2. The Debtors have begun making their scheduled monthly distributions of $597 per month

   as required by their Plan.

3. The Debtors have substantially consummated their Plan of Reorganization because:

   a. The Debtors' Plan of Reorganization does not require property to be distributed;

   b. The Debtors' Plan of Reorganization does not require assumption of a business,

      management, or other property;

   c. The Debtors have commenced distribution under the Plan.

WHEREFORE, the Debtors, BRIAN and ALELI SCERBA, ask this Court to:

1. Consider the Debtors' Plan of Reorganization substantially consummated;

2. Grant the Debtors' **Motion For Entry of Final Decree**;

3. Order any and all other relief that it deems fair and equitable under the circumstances;

   and

4. Close the bankruptcy case.

Respectfully Submitted
BRIAN and ALELI SCERBA


_____/s/Ben Schneider_____
One of their Attorneys

Ben Schneider
8424 Skokie Blvd.
Suite 200
Skokie, IL 60077
Office: 847-933-0300
Fax: 847-676-2676
ARDC #6295667