UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 11-29666 |
| Chapter 11 of ) | (Jointly Administered) | |
| BRIAN and ALELI SCERBA ) | Chapter: 11 | |
| ) | Honorable Timothy A. Barnes | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

**Agreed Order on Debtors' Motion for Entry of Final Decree**

The Debtors' Motion for Entry of Final Decree is granted as provided herein. The Debtors' Plan of Reorganization is substantially consummated and the Bankruptcy Case is closed.

Enter:

Dated: **SEP 19 2013**

United States Bankruptcy Judge

**Prepared by:**
Ben Schneider
8424 Skokie Blvd., Suite 200
Skokie, IL 60077
Phone # 847-933-0300
ARDC # 6295667

Rev: 20120501_bko